THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

| | |
|---|---|
| **In Re Subpoenas Of** | Case No. 2:17-cv-1104-RSL |
| **MATT HUME** | Underlying Case No.: 2:15-cv-01045 RFB-PAL (D. Nev.) |
| **Related Case:** | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL AND MOTION TO TRANSFER, AND NONPARTIES MATT HUME AND GROUP ONE HOLDINGS PTE LTD.'S MOTION TO QUASH** |
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez and Kyle Kingsbury, on behalf of themselves and all others similarly situated,** | |
| **Plaintiffs,** | **NOTE ON MOTION CALENDAR: August 4, 2017** |
| **vs.** | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| **Defendant.** | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE FOR PARTIES' MOTIONS TO COMPEL
TRANSFER, AND QUASH
Case No. 2:17-cv-1104-RSL

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

WHEREAS, Plaintiffs filed their Motion to Compel Deposition and Production of Documents by Third Party Matt Hume and Motion for Sanctions, and their Motion to Transfer Their Motion to Compel Deposition and Production of Documents by Third Party Matt Hume and Motion for Sanctions, on July 20, 2017 (collectively, "Plaintiffs' Motions"); and,

WHEREAS, Nonparties Matt Hume and Group One Holdings Pte. Ltd. filed their Motion to Quash Foreign Subpoenas Issued by Plaintiffs on July 20, 2017 (collectively with Plaintiffs' Motions, the "Motions"); and,

WHEREAS, opposition briefs regarding the Motions are currently due on July 31, and reply briefs are due on August 4; and,

WHEREAS, the parties, in the interest of preserving the Court's resources as well as their own, and having met and conferred on this issue, have agreed to treat the Motions as cross motions pursuant to LCR 7(K);

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Nonparties Matt Hume and Group One Holdings Pte. Ltd., by their undersigned counsel, that opposition briefs in response to the Motions will be due on August 4, 2017, and shall not exceed twelve pages. No reply briefs will be filed relating to the Motions.

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR PARTIES'
MOTIONS TO COMPEL TRANSFER, AND
QUASH
Case No. 2:17-cv-1104-RSL

1

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

Dated: July 27, 2017

ZWERLING, SCHACHTER & ZWERLING, LLP

By:      /s/ Dan Drachler
                Dan Drachler

Dan Drachler (WSBA No. 27728)
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636

*Local Counsel for the Classes and Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera and Kyle Kingsbury*

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera and Kyle Kingsbury*

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR PARTIES'
MOTIONS TO COMPEL TRANSFER, AND
QUASH
Case No. 2:17-cv-1104-RSL

2

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

1

Dated:    July 27, 2017

Davis Wright Tremaine LLP

2

By:    */s/ Chris C. Morley*

3

HARRY KORRELL, WSBA #23173

4

CHRIS C. MORLEY, WSBA #51918
JOE WONDERLY, WSBA #51925

5

1201 Third Avenue, Suite 2200 Seattle, WA  98101-3045

6

Telephone: (206) 622-3150

7

Fax: (206) 757-7700

8

*Attorneys for Matt Hume and Group One Holdings Pte Ltd.*

9

10

11

It is so ORDERED.

12

13

Dated this 28th day of July, 2017.

14

15

16

*MRt S Lasnik*

17

Robert S. Lasnik
United States District Judge

18

19

20

21

Presented By:

22

    */s/ Dan Drachler*

Dan Drachler (WSBA No. 27728)

23

24

25

26

27

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR PARTIES'
MOTIONS TO COMPEL TRANSFER, AND
QUASH
Case No. 2:17-cv-1104-RSL

3

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I served a copy of the following document to be served on all parties requiring service via the Western District of Washington's CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL AND MOTION TO TRANSFER, AND NONPARTIES MATT HUME AND GROUP ONE HOLDINGS PTE LTD.'S MOTION TO QUASH**

_/s/ Dan Drachler_
Dan Drachler

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR PARTIES'
MOTIONS TO COMPEL TRANSFER, AND
QUASH
Case No. 2:17-cv-1104-RSL

1

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053